JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION, <br><br>                  Plaintiffs,<br>  v.<br><br>ROBNETT ELECTRIC, INC., a California corporation,,<br><br>                  Defendant. | Case No.: 2:23-CV-04455-JFW-MARx <br><br> **JUDGMENT** |

      This action having been commenced on June 7, 2023, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation, shall recover from Robnett Electric, Inc., a California corporation, the principal amount of $36,713.67, plus post-judgment interest thereon at the rate of 8% per annum from December 7, 2023, until paid in full.

Dated: January 5, 2024        _____
                              HONORABLE JOHN F. WALTER
                              UNITED STATES DISTRICT COURT JUDGE